# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Bachmann,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | No. CV-25-00087-TUC-RCC<br><br>**ORDER** |

On February 18, 2026, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court enter an order reversing the final decision by the Commissioner of Social Security and remanding the case to the Commissioner for reanalysis and rehearing. (Doc. 22.) The R&R notified the parties they had until February 27, 2026 to file any objections. The time has passed, and no objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute guiding review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

The Court has reviewed the complaint (Doc. 1), the opening brief (Doc. 16), the response brief (Doc. 20), the reply brief (Doc. 21), and the R&R (Doc. 22). The Court

finds the R&R well reasoned, and agrees with Judge Markovich's conclusions.

Accordingly, IT IS ORDERED:

1. The R&R is ADOPTED. (Doc. 22.)

2. The final decision by the Commissioner of Social Security is REVERSED AND REMANDED for further proceedings in accordance with Magistrate Judge Markovich's R&R.

Dated this 5th day of March, 2026.

_____
Honorable Raner C. Collins
Senior United States District Judge